LEON LAWTON, Respondent, *v.* BERNARD J. FARRELL, Appellant.

*Lawton* v. *Farrell*, 178 App. Div. 376, affirmed.
(Argued October 3, 1917; decided October 23, 1917.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 8, 1917, which affirmed an order of Special Term denying a motion for a change of venue in an action for false imprisonment. The plaintiff was a resident of Schoharie county, and the defendant was a detective, connected with the department of public safety of the city of Troy and resided in the county of Rensselaer. The complaint alleged that on the 8th day of July, 1914, a warrant was issued by the police magistrate of the city of Troy for the arrest of the defendant, in a bastardy proceeding, and that on the 8th day of August, 1914, the plaintiff was arrested by the defendant under such warrant in the county of Schoharie. It is alleged that the defendant, after making such arrest, failed to arraign the plaintiff before a magistrate in the county of Schoharie in violation of the provisions of sections 844, 845 and 846 of the Code of Criminal Procedure, and that plaintiff was thereby deprived of the right to execute one of the two undertakings provided for in said sections. It is further alleged that the defendant brought the plaintiff before a police justice of the city of Troy, before whom he was subsequently tried and convicted and imprisoned. He was thereafter discharged on habeas corpus. Defendant claimed that he was a municipal officer of the city of Troy and entitled as a matter of right to have the issues tried in Rensselaer county.

The following question was certified: " Whether on the facts shown by the record herein, the defendant is entitled to have an order changing the place of trial of the above entitled action from the county of Schoharie to the county of Rensselaer."

*Thomas H. Guy* for appellant.

*Wallace H. Sidney* for respondent.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, McLAUGHLIN and CRANE, JJ.